O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff, Counterdefendant,<br><br>    v.<br><br>A.O. (a minor, by and through her parents, Kateri and Alex Owens),<br><br>    Defendant, Counterclaimant. | Case № 2:21-cv-00757-ODW (PDx)<br><br>**FINAL JUDGMENT** |

      On January 27, 2021 Plaintiff Los Angeles Unified School District initiated this action against Defendant A.O., a minor student, appealing the Office of Administrative Hearings ("OAH") decision rendered by Administrative Law Judge ("ALJ") Linda Johnson on October 29, 2020 in OAH Case No. 202060522. (Compl., ECF No. 1.) On September 17, 2021, Plaintiff moved for summary judgment, seeking reversal of the ALJ's finding that the individualized education program ("IEP") Plaintiff offered to Defendant was not sufficient and, alternatively, seeking reversal of the ALJ's remedy to Defendant. (ECF No. 33.) On September 20, 2021, Defendant moved for summary judgment, seeking affirmation of the ALJ's finding that the IEP was not sufficient, and seeking reversal of the ALJ's finding that the OAH decision

was not "stay put." (ECF No. 35.) On January 26, 2022, the Court issued an order granting in part and denying in part Plaintiff's motion, and granting in full Defendant's motion.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered in part for Plaintiff, reversing the ALJ's finding that the IEP was procedurally violative because it did not specify whether the special education services would be group or individual.
2. Judgment is entered for Defendant, reversing the ALJ's finding that the OAH decision was not "stay put," and affirming all remaining ALJ findings at issue.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 27, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**